IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02517-CMA-NRN

RICHARD REID,

    Plaintiff,

v.

ANDRE MATEVOUSIAN, Warden, in his official capacity,
HUGH HURWITZ, Acting Director of the Bureau of Prisons, in his official capacity,

    Defendants.

## JOINT REQUEST TO RETAIN ADMINISTRATIVE CLOSURE

Pursuant to the Court's Order dated February 10, 2020, ECF No. 101, the parties respectfully request that this action remain administratively closed, pending completion of settlement. The parties are in the final stages of completing the settlement, including obtaining final approvals of the settlement documents. That process has taken longer than anticipated due to circumstances related to the COVID-19 pandemic.

The parties will file a joint status report notifying the Court when settlement is completed.

Respectfully submitted on June 3, 2020.

| KILLMER LANE & NEWMAN, LLP | JASON R. DUNN<br>UNITED STATES ATTORNEY |
|---|---|
| */s/ Reid R. Allison*<br>David A. Lane<br>Reid R. Allison<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>Tel: 303-571-1000; Fax: 303-571-1001<br>Email: rallison@kln-law.com<br>Attorneys for Plaintiff | /s/ *Susan Prose*<br>Susan Prose<br>Assistant United States Attorney<br>1801 California St., Suite 1600<br>Denver, Colorado 80202<br>Tel: (303) 454-0100; Fax: (303) 454-0411<br>Email: susan.prose@usdoj.gov<br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Reid Allison, Esq.
David Lane, Esq.

s/ *Susan Prose*
Susan Prose
United States Attorney's Office