**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02517-CMA-NRN

RICHARD REID,

      Plaintiff,

v.

ANDRE MATEVOUSIAN, Warden, in his official capacity,
HUGH HURWITZ, Acting Director of the Bureau of Prisons, in his official capacity,

      Defendants.

---

**JOINT STATUS REPORT**

---

      Pursuant to the Court's Order dated June 3, 2020, ECF No. 105, the parties respectfully advise the Court that they have diligently worked toward completing settlement, but that they remain in the final stages of completing the settlement process. In particular, undersigned counsel for Mr. Reid was able to speak with his client by telephone last week, and counsel for both parties will discuss the next and final steps of the settlement process this week.

      The parties will file a joint status report notifying the Court when settlement is completed.

Respectfully submitted on July 6, 2020.

KILLMER LANE & NEWMAN, LLP

JASON R. DUNN
UNITED STATES ATTORNEY

*/s/ Reid R. Allison*
David A. Lane
Reid R. Allison
1543 Champa Street, Suite 400
Denver, CO 80202
Tel: 303-571-1000; Fax: 303-571-1001
Email: rallison@kln-law.com
Attorneys for Plaintiff

*/s/ Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Tel: (303) 454-0100; Fax: (303) 454-0411
Email: susan.prose@usdoj.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Susan Prose

s/ *Reid R. Allison*
Reid R. Allison