## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02517-CMA-NRN

RICHARD REID,

    Plaintiff,

v.

ANDRE MATEVOUSIAN, Warden, in his official capacity,
HUGH HURWITZ, Acting Director of the Bureau of Prisons, in his official capacity,

    Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate, through their attorneys, that the cause of action should be dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

Respectfully submitted on November 13, 2020.

| KILLMER LANE & NEWMAN, LLP | JASON R. DUNN<br>UNITED STATES ATTORNEY |
|---|---|
| /s/ Reid R. Allison<br>David A. Lane<br>Reid R. Allison<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>Telephone: 303-571-1000<br>Facsimile: 303-571-1001<br>Email: dlane@kln-law.com<br>    rallison@kln-law.com | /s/ Susan Prose<br>Susan Prose<br>Assistant United States Attorney<br>1801 California St., Suite 1600<br>Denver, Colorado 80202<br>Tel: (303) 454-0100<br>Fax: (303) 454-0411<br>Email: susan.prose@usdoj.gov |
| Attorneys for Plaintiff | Attorney for Defendants |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on November 13, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

  Reid Allison, Esq.
  David Lane, Esq.

           s/ *Susan Prose*
           Susan Prose
           United States Attorney's Office